IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEO SEGER, | ) | |
| | ) | |
| Plaintiff(s), | ) | 4:05CV3101 |
| | ) | |
| v. | ) | |
| | ) | |
| PRINCIPAL FINANCIAL GROUP, | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by May 16, 2005, file their Report of Parties' Planning Conference.

DATED April 29, 2005.

/s/ David L. Piester

United States Magistrate Judge